**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00994-REB-KLM

LARRY HOLLAND,

      Plaintiff,

v.

BP AMERICA, INC., d/b/a BP NA GAS,

      Defendant.

**MINUTE ORDER**[1]

      The matter is before the court on defendant's **Unopposed Motion To Withdraw Motion For Partial Dismissal** [#40] filed August 16, 2012.  The motion is **GRANTED**, and defendant's **Partial Motion To Dismiss** [#26] filed June 27, 2012, is **WITHDRAWN** without prejudice.  Each party shall bear their own fees and costs related to the withdrawn motion.

      Dated:  August 16, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.