IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00994-REB-KLM

LARRY HOLLAND,

    Plaintiff,

v.

BP America Production Company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Expedited Motion to Amend Scheduling Order to Extend Expert Report Deadline Two Days (Related to Dkt. #44-45)** [Docket No. 52; Filed January 21, 2013] (the "Motion"). Plaintiff seeks a two-day extension of the December 15, 2012 deadline to serve affirmative expert reports. December 15, 2012 fell on a Saturday, and Plaintiff served his expert report on Monday, December 17, 2012. Plaintiff seeks this extension in order to make service of his expert report timely pursuant to the Scheduling Order entered on June 27, 2012 [#29]. However, because the deadline fell on a Saturday, Plaintiff automatically had until Monday, December 17, 2012 to serve his expert report pursuant to Fed. R. Civ. P. 6(a). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#52] is **DENIED as moot**.

    Dated: January 22, 2013