IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 12-cv-00994-REB-KLM** | **FTR** - Reporter Deck - Courtroom C-204<br>Byron G. Rogers United States Courthouse |
| **Date:** January 22, 2013 | Courtroom Deputy, Robin Mason |

| | |
|---|---|
| LARRY HOLLAND, | Lynne Marie Sholler |
| **Plaintiff,** | |
| v. | |
| BP AMERICA PRODUCTION COMPANY, | Judith A. Biggs<br>Jeffrey Thomas Johnson |
| **Defendant.** | |

### COURTROOM   MINUTES / MINUTE   ORDER
**HEARING:   TELEPHONIC DISCOVERY HEARING**

**Court in session:   2:06 p.m.**
Court calls case.  Appearances of counsel.

The Court addresses the parties regarding the Defendant's MOTION for Extension of Time to Conduct Rebuttal Economic Expert Discovery (Docket No. 44, filed on 1/13/2013).

Ms. Sholler presents oral argument and engages in discussion with the Court.

The parties are reminded of Magistrate Judge Mix's practice standards pertaining to discovery.

Ms. Biggs presents oral argument and engages in discussion with the Court.

The Court addresses the parties regarding the Defendant's MOTION to Compel IME, Unredacted Medical Records, and Extension of Time for Medical Examiner's Rebuttal Report (Docket No. 45, filed on 1/13/2013).

Ms. Biggs presents oral argument and engages in discussion with the Court.

Magistrate Judge Mix reiterates her practice standards relating to discovery and

discusses the Federal Rules of Procedure pertaining to IME's.

Ms. Sholler presents oral argument and engages in discussion with the Court.

Discussion between the Court and Ms. Sholler regarding the Plaintiff's BRIEF in Opposition to #45 MOTION to Compel IME, Unredacted Medical Records, and Extension of Time for Medical Examiner's Rebuttal Report (Docket No. 53, filed on 1/21/2013).

As stated on the recorded,

**It is ORDERED:** The Defendant's MOTION for Extension of Time to Conduct Rebuttal Economic Expert Discovery (Docket No. 44, filed on 1/13/2013) is **GRANTED**.

Dr. Anctil's report shall be provided **on or before JANUARY 31, 2013** and any depositions of economic experts shall be completed by **FEBRUARY 15, 2013**.

**It is ORDERED:** The Defendant's MOTION to Compel IME, Unredacted Medical Records, and Extension of Time for Medical Examiner's Rebuttal Report (Docket No. 45, filed on 1/13/2013) is **GRANTED**.

Unredacted medical records: Shall be produced to Defendant **on or before JANUARY 24, 2013**.

**Location of the IME:** Dr. Anker shall conduct an IME of Plaintiff in Denver, at Defendant's expense, **or** in Durango, at Plaintiff's expense.  In other words, Defendant may select the location for the IME.  If Defendant selects Denver, Defendant shall pay Plaintiff's reasonable and necessary travel expenses to attend the IME.  If the Defendant selects Durango, Plaintiff shall pay Dr. Anker's reasonable and necessary expenses to conduct the IME.

**Scope of the IME:** Dr. Anker shall conduct the IME in light of the opinion of Dr. Searfus and in accordance with reasonable and generally accepted medical principles to reach an opinion regarding the nature of Plaintiff's claimed emotional distress.  The Court will not otherwise limit the content and/or manner of the examination.

**Time of the IME:** The IME shall be conducted on a date and at a time mutually convenient to the Plaintiff and Dr. Anker, but **no later than FEBRUARY 8, 2013**.

> **Length of the IME:** The IME shall be conducted in **no more than six hours**, at the discretion of Dr. Anker.
>
> **Conditions of the IME:** The IME shall be conducted with due regard to Plaintiff's privacy interests and overall well-being. No one other than Plaintiff and Dr. Anker is permitted to attend or participate in the IME.
>
> Deadline for submitting IME rebuttal expert's report: **FEBRUARY 15, 2013**.
>
> Deadline for completing any deposition of Dr. Anker: **FEBRUARY 28, 2013**.
>
> All other deadlines remain as indicted in the Scheduling Order.

HEARING CONCLUDES.

**Court in recess:    2:48 p.m.**
Total In-Court Time: 42 minutes

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.