**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00994-REB-KLM

LARRY HOLLAND,

    Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY,

    Defendant.

**STIPULATED MOTION TO DISMISS**

Under Rule 41(a)(1)(ii), FED. R. CIV. P., Defendant BP America Production Company ("BP"), by and through its counsel, and Plaintiff Larry Holland respectfully request that the Court dismiss this case with prejudice. The Parties agree that this matter has been resolved, and that the Court may dismiss this action with prejudice, each party to pay his or its own costs and attorneys' fees.

Date: April 30, 2013.

| | |
|---|---|
| s/*Lynne Sholler* <br> Lynne Sholler <br> Law Office of Lynne Sholler, P.C. <br> 1099 Main Avenue, #409 <br> Durango, CO 81301 <br> (970) 375-7756 <br> Lmsholler@q.com <br><br> **ATTORNEY FOR PLAINTIFF** | s/*Judith A. Biggs* <br> Judith A. Biggs <br> HOLLAND & HART LLP <br> One Boulder Plaza <br> 1800 Broadway, Suite 300 <br> Boulder, CO 80302 <br> Telephone: 303-473-2700 <br> Fax: 303-473-2720 <br> E-mail: jbiggs@hollandhart.com <br><br> Jeffrey T. Johnson <br> Joseph Neguse <br> HOLLAND & HART LLP <br> 555 Seventeenth Street, Suite 3200 <br> Post Office Box 8749 <br> Denver, CO 80201-8749 <br> Phone: 303-295-8000 <br> Fax: 720-545-2089 <br> E-mail: jjohnson@hollandhart.com <br> jneguse@hollandhart.com <br><br> **ATTORNEYS FOR DEFENDANT** |