# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-00994-REB-KLM

LARRY HOLLAND,

    Plaintiff,

v.

BP AMERICA, INC., d/b/a BP NA GAS,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss** [#88][1] filed April 30, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice with each party to pay his or its own attorneys fees and costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#88] filed April 30, 2013, is **GRANTED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set June 7, 2013, is **VACATED**;

3. That the jury trial set to commence June 24, 2013, is **VACATED**;

---

[1] "[#88]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    4.  That any pending motion is **DENIED** as moot; and

    5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 1, 2013, at Denver, Colorado.

**BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge